The judgment for the criminal convictions is affirmed. Rule 30.25(b).

The judgment for denial of post-conviction relief is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Cleophus PARKER, Appellant.

No. WD 40177.

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1990.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM:

This is a consolidated appeal involving a direct appeal from a jury conviction for kidnapping, in violation of § 565.110, RSMo 1986; second degree robbery, in violation of § 569.030, RSMo 1986; three counts of forcible rape, in violation of § 566.030, RSMo 1986, and two counts of forcible sodomy, in violation of § 566.060, RSMo 1986, and the denial of post-conviction relief sought pursuant to Rule 29.15.